IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BETTYE BEDWELL, Chapter 7
Trustee of the Bankruptcy Estate
Of Arthur Levy                                                          PLAINTIFF

v.                          No. 2:18-cv-108-DPM

G. ADAM COSSEY; HUDSON
POTTS & BERNSTEIN LLP; and
JOHN DOES 1-10                                                        DEFENDANTS

ORDER

For the reasons stated on the record at the 8 January 2019 hearing, the Court made several rulings:

- The unopposed motion to amend, № 19, is granted. Amended complaint due by 15 January 2019.

- Defendants' objections to Bedwell's second set of discovery are sustained. Tailor further discovery as directed: the material period is 2016-2018. What did Defendants know about Oceanus's financial problems and when did they know it? What other matters were Cossey and the firm handling for Oceanus during that period? How and when were they resolved? Joint report, № 11, addressed.

- Defendants' motion for briefing on the alleged appeal-related negligence (Count II), № 14, is granted as modified. Bedwell's opening brief is due by 1 March 2019. Briefing must follow Ark. Sup. Ct. R. 4-2 & 4-4, with

the following exceptions. No abstract is required. The statement of the case is expanded to fifteen pages. The statement must contain detailed citations to the addendum of record materials. Bedwell must also file the transcript. And all parties must cite it as needed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2019