# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BETTYE BEDWELL, Chapter 7
Trustee of the Bankruptcy Estate
Of Arthur Levy                                                                PLAINTIFF

v.                              No. 2:18-cv-108-DPM

G. ADAM COSSEY; HUDSON
POTTS & BERNSTEIN LLP; and
JOHN DOES 1-10                                                               DEFENDANTS

## ORDER

The Court notes the Trustee's filing, № 30, and Defendants' motion to strike it. The Trustee must respond to the Defendants' motion in due course. The Court will hold a hearing at 1:30 p.m. on 25 March 2019 in Courtroom B155 in Little Rock on the motion to strike. All the Trustee's lawyers must attend in person. Defendants' time to respond to № 30 is tolled until further Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 March 2019