# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BETTYE BEDWELL, Chapter 7
Trustee of the Bankruptcy Estate
Of Arthur Levy                                                              PLAINTIFF

v.                          No. 2:18-cv-108-DPM

G. ADAM COSSEY; HUDSON
POTTS & BERNSTEIN LLP; and
JOHN DOES 1-10                                                             DEFENDANTS

## ORDER

For the reasons stated on the record at the 25 March 2019 hearing, the Court made the following rulings:

- The Defendants' motion to strike, № 32, is granted. The motion for partial summary judgment, № 30, is stricken without prejudice. We'll start over with the briefing on the Count II (appeal-related negligence) issues. An appellant's brief for Dr. Levy—conforming to the Court's prior Order, № 26, and the Court's directions at the March 25th hearing—is due by 26 April 2019.

- All the other issues in the case raised by Counts I, III, and IV, and in particular the Trustee's allegations about breach of fiduciary duty, will move forward in the normal course. The Court's direction for appellate-style briefing on Count II does not affect the trajectory of the other issues in the case.

- The Defendants must provide the Trustee an electronic version of the appellate record as soon as practicable. They're shooting for delivery by 29 March 2019.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 March 2019