IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BETTYE BEDWELL, Chapter 7 Trustee of the
Bankruptcy Estate of Arthur Levy                              PLAINTIFF

v.                          No. 2:18-cv-108-DPM

G. ADAM COSSEY;  HUDSON POTTS &
BERNSTEIN LLP;  and JOHN DOES 1-10                   DEFENDANTS

ORDER

Joint report, *Doc. 104*, noted. The parties have a discovery dispute about whether the Brandon Stelly and Angela Daigle depositions should remain confidential. Neither the Protective Order, *Doc. 87*, nor the Order denying the motion to exclude the email chain, *Doc. 100*, resolves that dispute. And the Court can't do so without reviewing the depositions. Motion to seal, *Doc. 105*, conditionally granted. Bedwell must file the depositions under seal and send a courtesy copy to chambers. The Court would also appreciate a second joint report that explains each side's position. Transcripts and second joint report due by 28 October 2020.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 October 2020