IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BETTYE BEDWELL, Chapter 7 Trustee of the
Bankruptcy Estate of Arthur Levy                                      PLAINTIFF

v.                          No. 2:18-cv-108-DPM

G. ADAM COSSEY;  HUDSON POTTS &
BERNSTEIN LLP; and JOHN DOES 1-10                             DEFENDANTS

## ORDER

The Clerk of the Court has informed me that counsel for all parties have waived the disqualification issue, *Doc. 110 at* ¶ 2.  I will therefore stay on the case and get back to work on the pending issues.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 October 2020