IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BETTYE BEDWELL, Chapter 7 Trustee of the
Bankruptcy Estate of Arthur Levy                                PLAINTIFF

v.                       No. 2:18-cv-108-DPM

G. ADAM COSSEY;  HUDSON, POTTS &
BERNSTEIN LLP; and JOHN DOES 1-10             DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2021